ACCEPTED
03-14-00586-CR
5894386
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/1/2015 10:19:36 AM
JEFFREY D. KYLE
CLERK

**No. 03-14-00586-CR**

IN THE

COURT OF APPEALS

THIRD DISTRICT OF TEXAS

AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/1/2015 10:19:36 AM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| TERRELL MAXWELL | § | APPELLANT |
| VS. | § | |
| THE STATE OF TEXAS | § | APPELLEE |

APPEAL FROM THE 331ST JUDICIAL DISTRICT COURT

TRAVIS COUNTY, TEXAS

CAUSE NO. D1-DC-08-300490

## STATE'S SECOND MOTION FOR EXTENSION OF TIME

**TO THE HONORABLE COURT OF APPEALS:**

The State of Texas respectfully moves for an extension of the deadline for filing the State's brief and, in accordance with Texas Rules of Appellate Procedure 38.6 and 10.5(b), advises the Court as follows:

(a) Following his conviction for Capital Murder, the appellant filed his notice of appeal in the above cause on September 11, 2014. Appellant's counsel filed a brief on April 30, 2015.

1

(b)     The State's brief is currently due on **July 1, 2015**.

(c)     This request is that the deadline for filing the State's brief be extended by **30 days**.

(d)     The number of previous extensions of time granted for submission of the **State's** brief is: **one**.

(e)     The State relies upon the following facts to reasonably explain the need for an extension of the deadline:

1.  During the period since the appellant's brief was filed, the undersigned attorney has completed and filed an original brief in three other pending appellate cases, (i.e. *Antonio Perez Lopez v. State of Texas,* No. 03-14-00452-CR; *Charles Anthony Malouff, Jr. v. State of Texas,* No. 03-13-00723-CR; and *Eric Robertson v. State of Texas,* No. 07-15-00030-CR). The undersigned attorney has also completed and filed a motion for rehearing in another pending appellate case, (i.e. *Gerald Christopher Zuliani v. State of Texas,* No. 03-13-00490-CR to 03-13-00493-CR and 03-13-00495-CR). The undersigned attorney is also responsible for preparing the State's brief in two other pending appellate cases (i.e. *Christopher Roberts v. State of Texas,* No. 03-14-00637-CR; and *Graham Jay Sonnenberg v. State of Texas,* No. 03-14-00530-CR).

2. On May 19, 2015, the undersigned attorney filed a motion to dismiss the instant appeal for want of jurisdiction. This Court has not yet ruled on that motion.

3. In addition, the undersigned attorney, as the director of the Appellate Division of the Travis County District Attorney's Office, has been required, during the pendency of the instant appeal, to spend a considerable amount of time working on a variety of other legal matters and administrative issues.

4. This request is not made for the purpose of delay, but to ensure that the Court has a proper State's brief to aid in the just disposition of the above cause.

WHEREFORE, the State of Texas respectfully requests that the deadline for filing the State's brief be extended to **July 31, 2015.**

Respectfully submitted,

ROSEMARY LEHMBERG
District Attorney
Travis County, Texas

*/s/ M. Scott Taliaferro*
M. Scott Taliaferro
Assistant District Attorney
State Bar No. 00785584
P.O. Box 1748
Austin, Texas 78767
(512) 854-9400
Fax No. (512) 854-4810
Scott.Taliaferro@traviscountytx.gov
AppellateTCDA@traviscountytx.gov

## CERTIFICATE OF COMPLIANCE

Pursuant to Texas Rule of Appellate Procedure 9.4(i), I hereby certify, based upon the computer program used to generate this motion, that this motion contains 389 words, excluding words contained in those parts of the motion that Rule 9.4(i) exempts from inclusion in the word count. I certify, further, that this motion is printed in a conventional, 14-point typeface.

*/s/ M. Scott Taliaferro*
M. Scott Taliaferro
Assistant District Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, on the 1st day of July, 2015, a true and correct copy of this motion was served, by U.S. mail, electronic mail, facsimile, or electronically through the electronic filing manager, to the Appellant's attorney, Jon Evans, Attorney at Law, 806 West 11th Street, Austin, Texas 78701, [jontevans@aol.com]

*/s/ M. Scott Taliaferro*
M. Scott Taliaferro
Assistant District Attorney